# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Atlantic Casualty Insurance Company, a North Carolina corporation,<br><br>*Plaintiff*<br>v.<br>Brad Bellinger, an individual d/b/a Lilac City Vapor; Lilac City Vapor, a Washington limited liability company; Marlene Rubertt, an individual,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:16-cv-00422-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Declaratory Judgment is entered in favor of Plaintiff and against each Defendant. (1) Policy No. M179000250 provides no coverage to Defendants Lilac City Vapor, LLC or Brad Bellinger dba Lilac City Vapor for the claims made by Defendant Marlene Rubertt in the liability lawsuit captioned *Marlene Rubertt v. Lilac City Vapor, LLC et al.,* Spokane Superior Court No. 16-2-03995-7; (2) Atlantic has no duty to defend Lilac City Vapor, LLC or Brad Bellinger dba Lilac City Vapor Policy No. M179000250 against the claims made by Marlene Rubertt in the liability lawsuit; (3) Atlantic may withdraw from the defense it is currently providing to Lilac City Vapor, LLC for the claims made against it by defendant Marlene Rubbert in the liability lawsuit; (4) Atlantic has no duty to indemnify Lilac City Vapor or Brad Bellinger dba Lilac City Vapor in connection with any settlement with or judgment in favor of defendant Marlene Rubertt in the liability lawsuit.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  STANLEY A. BASTIAN  on Plaintiff's Motion for Summary Judgment (ECF No. 26).

Date:  09/08/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates